UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:23-cv-2472-TPB-AEP<br>8:23-cv-2510-TPB-AEP<br>8:23-cv-2529-TPB-CPT | DATE: January 17, 2024 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **BARBARA CUNNINGHAM, et al.**<br><br>v.<br><br>**SANOFI-AVENTIS U.S. LLC, et al.**<br><br>and<br><br>**ESMERLADA SALAZAR**<br><br>v.<br><br>**SANOFI-AVENTIS U.S. LLC, et al.**<br><br>and<br><br>**PATRICIA KELLY**<br><br>v.<br><br>**SANOFI-AVENTIS U.S. LLC, et al.** | **PLAINTIFF COUNSEL:**<br>Jason Fraxedas<br><br>**DEFENDANT COUNSEL:**<br>Connor Sears<br><br>**PLAINTIFF COUNSEL:**<br>Ryan Browne<br><br>**DEFENDANT COUNSEL:**<br>Connor Sears<br><br>**PLAINTIFF COUNSEL:**<br>Russell Lewis<br><br>**DEFENDANT COUNSEL:**<br>Connor Sears, Ara Ayvazian &<br>Jarvis James | |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn | |
| **TIME:** 10:06 – 10:28 a.m.<br>**TOTAL:** 22 mins. (7 mins each re: 23-cv-2472 & 23-cv-2510; 8 mins re: 23-cv-2529) | **COURTROOM:** | 14A |

**PROCEEDINGS:** INITIAL CASE MANAGEMENT CONFERENCE

Settlement discussions are ongoing. Defendant will file motion re: bifurcating discovery and early dispositive motion deadline.

Case Management Conference set on July 24, 2024, at 1:30 p.m. Notice to follow.